FRYSINGER EVANS, Plaintiff, *v.* 2168 BROADWAY CORPORATION et al., Defendants.

In the Matter of THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH et al., Appellants, *v.* THOMAS DARLINGTON et al., Respondents.

Argued February 24, 1942; decided March 19, 1942.

*Peter W. Quinn, Robert P. Schur* and *Henry W. Showers* for appellants.

*Edwin R. Wolff* and *Daniel G. Shirk* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.